# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-06-00786-CV

**In re Rita King**

### ORIGINAL PROCEEDING FROM HAYS COUNTY

## M E M O R A N D U M   O P I N I O N

We deny Rita King's petition for writ of mandamus.

G. Alan Waldrop, Justice

Before Justices Patterson, Pemberton and Waldrop

Filed:   January 26, 2007